IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JORDAN DOWELL,
ADC #169402                                                                                      PLAINTIFF

V.                     CASE NO. 4:19-CV-00869-BSM

LUCAS EMBERTON, *et al.*                                       DEFENDANTS

## ORDER

After careful review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 14] is adopted, and the complaint [Doc. No. 1] is dismissed without prejudice.

Jordan Dowell failed to update his address. Doc. No. 7.

IT IS SO ORDERED, this 10th day of April, 2020.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE